Submitted April 24, 2020, reversed and remanded May 26, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SUSAN KING,
aka Susan M. King,
*Defendant-Appellant.*

Jackson County Circuit Court
17CR40593; A168809

487 P3d 413

Timothy Barnack, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Neil F. Byl, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Michael A. Casper, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Reversed and remanded.

**PER CURIAM**

Defendant, who was found guilty by a nonunanimous jury verdict of first-degree manslaughter, contends that the trial court plainly erred in instructing the jury that it could return a nonunanimous verdict and in accepting a nonunanimous verdict. We agree. After the United States Supreme Court decided *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020), the Oregon Supreme Court held that trial court acceptance of a nonunanimous verdict is plain error. *State v. Ulery*, 366 Or 500, 504, 464 P3d 1123 (2020). We exercise discretion to correct the error, for the reasons set forth in *Ulery*. We therefore do not reach defendant's second assignment of error. We reject defendant's first assignment of error without written discussion.

Reversed and remanded.